Lucinda Sky
109 S. Kenneth Road
Burbank, CA, 91501
323-229-4706
lucinda9990@gmail.com

FILED
2022 MAY 31 PM 2:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**COMPLAINT**

LACV22-3701-JFW(MRW)

LUCINDA SKY

Plaintiff

vs.

GLENDALE COURTHOUSE

Defendant

1) DENIED A CIVIL RIGHT TO HAVE JURY FEES WAVED

2) DENIED A CIVIL RIGHT TO HAVE A JURY TRIAL

3) DENIED A CIVIL RIGHT TO HAVE A FEE WAVER TO OBTAIN COURT REPORTERS TRANSCRIPTS

4) GROSS NEGLIGENCY

5) EMOTIONAL DISTRESS

**JURY TRIAL DEMANDED**

## 1. INTRODUCTION

1. I, PLAINTIFF Lucinda Sky, was sued for an Unlawful Detainer by my landlord Armen Arutyunyan in Glendale Courthouse Dep. D ruled by Judge Ralph C Hofer, who Ordered a Denial of my civil right to wave Jury Fees, denied me a Jury Trial, and denied a Fee Waver of Court Reporter Transcripts for my Appeal against his Orders, knowing I am on Governmental Support and severely in debt, barely surviving with my 16 year old child.

## 2. JURISDICTION AND VENUE

2. I, PLAINTIFF Sky, reside at 109 S Kenneth Road, Burbank, CA, 91501 and have jurisdiction to file my Federal lawsuit at Central District Courthouse, located at 350 W 1st St, Los Angeles, CA, 90012.

3. Glendale Courthouse is located at 600 E. Broadway, Glendale, CA, 91206, and has jurisdiction to be sued in this Courthouse.

## 3. PARTIES
### PLAINTIFF

4. I, PLAINTIFF Lucinda Sky, have been involved in 3 lawsuits with my landlord Armen Arutyunyan and his associates. I sued him for Personal Injury, in Superior Court, Case No. 20STCV46957, I also sued him for Threats, Harassment and Extortion, Case No. 21BBCV00909, and he has a lawsuit against me for Unlawful Detainer Case No. 21BBCV00964. I have 2 Appeals against Arutyunyan. In Personal Injury lawsuit I was not allowed by the Judge to submit any of my important evidence, Case being dismissed by 2 Demurrers. I was denied a Jury Fee Waver, Jury Trial, and a Fee Waver, for Court Reporters Transcripts, in an Unlawful Detainer Case against me, conducted by Judge Hofer of Dep. D, of Glendale Courthouse.

### DEFENDANT

5. DEFENDANT Glendale Courthouse, has been conducting Unlawful Detainer Case No. 21BBCV00964, against me, in Dep. D, assisted by Judge Ralph C Hofer. I believe the Court has been unfair, siding with a Plaintiff against me, possibly bribed by the PLAINTIFF of the Case.

## 4. FACTUAL BACKGROUND

6.   Case No. 21BBCV00964 was originally filed against me, in Burbank Courthouse in January of 2022. I requested the Court not to appoint Judge John J Kralik, to the Case, due to conflict of interest of Judge Kralik being the Judge of a previous Unlawful Detainer against me, which was dismissed, Case No. 21BBCV00452, one year prior. My request was denied at first, with Judge Kralik refusing to Recuse himself. Then he denied me a Fee Waver for a Jury, as well as the Jury Trial. When I started an Appeal against his Orders, Judge Kralik changed his mind and Recused himself, transferring the Case to Glendale Courthouse to be conducted by Judge Ralph C Hofer of Dep. D.

7.   Judge Hofer denied me a Fee Waver for a Jury also on 04/14/2022, and denied me a Jury Trial as well, on 04/18/2022. When I started an Appeal for his Orders, he denied the Fee Waver for Court Reporters transcripts. Judge Hofer was aware I was on Welfare, barely surviving not having enough nutritious food to eat, barely recovering from my illness of being toxically poisoned for 1 year and 3 months, and solely taking care of my 16 year old son, who is 6' ft tall and a champion track runner in his High School. The Judge knew my son needed to eat double of the average person and have nutritious food to sustain his running ability, and not to have a Cardiac Arrest while he trains. Judge Hofer knew I was in severe credit card debt and had no way of paying for Jury or for the Transcripts. Yet he continued Denying me the 2 Fee Wavers, and a Jury Trial.

## 5. CAUSES OF ACTIONS

### 1) DENIED A CIVIL RIGHT TO HAVE JURY FEES WAVED

8.   Cause of Action DENIED A CIVIL RIGHT TO HAVE JURY FEES WAVED is part of the US Constitution, and every Judges knows 7th Amendment stating, "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the

1 United States, than according to the rules of the common law". Yet Judge Hofer and Glendale
2 Courthouse, continued to deny me a fee waver, (18 U.S. Code 242).

### 2) DENIED A CIVIL RIGHT TO HAVE A JURY TRIAL

9. I, PLAINTIFF Lucinda Sky, incorporate foregoing allegations set forth in paragraph 8 of this Complaint.

10. Cause of Action DENIED A CIVIL RIGHT TO HAVE A JURY TRIAL is identical to the 1st cause of action, and is part of US Constitution referring to 7th Amendment, (18 U.S. Code 242).

### 3) DENIED CIVIL RIGHT TO HAVE A FEE WAVER TO OBTAIN COURT REPORTERS TRANSCRIPTS

11. It is my Civil Right to obtain Court Reporters Transcripts, permitted a fee Waver by the Court, even if I am unable to afford them, due to being on governmental help, (18 U.S. Code 241).

### 4) GROSS NEGLIGENCE

12. Glendale Courthouse Supervisor is responsible for all actions taken at their Court, (CIVIL CODE Section 1714(a)).

### 5) EMOTIONAL DISTRESS

I, PLAINTIFF Sky, have been experiencing sever anxiety, and my PTSD, which was cured several years ago, has resurfaced after the above incidents. Glendale Courthouse's conduct towards me, PLAINTIFF, was outrageous, (CACI No. 1600.)

## 6. PRAYER FOR RELIEF

WHEREFORE, I, PLAINTIFF Lucinda Sky, respectfully request this Court to:

1. Order GLENDALE COURTHOUSE to provide me, PLAINTIFF Lucinda Sky, with my entitled Fee Wavers for Jury and Court Reporters Transcripts, and provide me with a Fair Jury Trial, (18 U.S. Code 241).

2. Order Glendale Courthouse to pay me $25,000 for denying me each of my entitled Civil Rights, in total of $75,000, according to (Civil Code Section 51.7, and 52(2)).

3. Imprison the Supervisor of Glendale Courthouse for 1 year in Federal Prison and Revoke their privileges of their work for 2 years after their sentence is served, (18 U.S. Code 241).

4. Imprison Judge Ralph C Hofer, for 1 year, in Federal Prison and revoke his privileges of working as a Judge for 2 years after his sentence is served, (18 U.S. Code 241).

5. Fire all the employees who were involved in filing and signing the documents for the Case, leaving an Accomplice Felony, and Discrimination on their record, as well as Sanction them to pay $2000 each, (CA Penal Code 67,68).

6. Order Glendale Courthouse to pay Penalties for Gross Negligence, in the amount the Court may determine to be just and proper, (19 U.S. Code § 1592).

7. Order Glendale Courthouse to compensate all my expenses to cure my Anxiety and PTSD, developed from suffering emotional distress. For 1 and half year time of healing, in the amount of $600 per month for 18 months, in total of $10,800. Plus all living expenses during those 1.5 years of getting well, of $4,000 per month, for me and my child, who I solely take care of without having any child support, in total amount of $72,000, (CACI 1600).

8. Award me, PLAINTIFF Lucinda Sky, for my strength of bringing this action to be found in Federal Court, even though I have been suffering with anxiety, PTSD, malnourished, recovering from toxic poisoning, another $50,000.

LUCINDA SKY 

05/27/2022